IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02386-MSK-KLM

ROBERT BURKITT,

    Plaintiff,

v.

JENNIFER POMEROY, and
CATHERINE BYREM, individually and as a Deputy Sheriff, Jefferson County, Colorado,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Allow Filing of Second Amended Complaint** [#24] (the "Motion"). On January 14, 2016, Plaintiff filed a Motion to Allow Filing of Third Amended Complaint [#42]. Based on the filing of this latter motion,

    IT IS HEREBY **ORDERED** that the Motion [#24] is **DENIED as moot**.

    Dated:  January 15, 2016