IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02386-MSK-KLM

ROBERT BURKITT,

    Plaintiff,

v.

JENNIFER POMEROY, and
CATHERINE BYREM, individually and as a Deputy Sheriff, Jefferson County, Colorado,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Jennifer Pomeroy's **Motion to Stay All Proceedings and Discovery** [#53] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#53] is **DENIED as moot**. The Court's Order [#55] stayed discovery in this matter for all parties, pending resolution of Defendants' Motions to Dismiss [#16, #17].

    Dated: April 8, 2016